```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0004--CR (RRB)
                                      "USA V MATTHEW C. BAUER"
                                      DEF 1.1 BAUER, MATTHEW C.

                    Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  01/19/05
               Closed:  11/02/05
   No. of Defendants:  1
       MJ Case Number:
                  AKA:
      Location status:  Other Custody
           Trial date:
           Terminated:  YES
    Needs interpreter:  NO
    Counsel of record:  Sue Ellen Tatter
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                          Type: FPD
                          Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  James A. Goeke
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                          Type: Not specified
                          Role: Pretrial/Trial



   Counts re: DEF 1.1 BAUER, MATTHEW C.

   Document          Count     Citation and Description                              Disposition
   ────────          ─────     ────────────────────────                              ───────────
       1 -    1 IND    1       21:841(a)(1) and (b)(1)(B) MANUFACTURE ONE HUNDRED    Sentenced
                                OR MORE MARIJUANA PLANTS (F)                          (29-1)

       1 -    1 IND    2       21:853(a)(1) and (a)(2) CRIMINAL FORFEITURE (F)       Sentenced
                                                                                      (29-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0004--CR (RRB)
                              "USA V MATTHEW C. BAUER"

                                 For all filing dates
```

```
  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 01/19/05
             Closed: 11/02/05
No. of Defendants: 1
```

```
Document #   Filed      Docket text

NOTE -   1   01/19/05   [Re: DEF 1] Issued WOA.

    1 -   1   01/19/05   [Re: DEF 1] PLF 1 Indictment.

    2 -   1   01/19/05   [Re: DEF 1] AHB Grand Jury Minutes re WOA to be issued; no bail set; def
                         in Fed Custody, FCI Sheridan.

    3 -   1   01/25/05   [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad prosequendum.

    4 -   1   01/26/05   [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad
                         prosequendum (3-1). cc: USA, USM, USPO, def w/USM cy

NOTE -   2   02/10/05   [Re: DEF 1] USM Notice of Availability.

    5 -   1   02/10/05   [Re: DEF 1] Return of WOA executed on 2/08/05.

    5 -   2   02/10/05   [Re: DEF 1] USM Statistical Notice of Arrest; defendant arrested
                         2/08/05.

    6 -   1   02/11/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re: arr held
                         2/11/05; FPD appointed cnsl for def; def pled not guilty to cts 1 & @ of
                         Indt; def detained; ptms due 3/3/05; TBJ set 4/18/05. cc: USA, FPD, FPD
                         (CJA Clk), USM, USPO, Judge Beistline

    7 -   1   02/11/05   DEF 1 Financial Affidavit.

    8 -   1   02/11/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

    9 -   1   02/11/05   [Re: DEF 1] RRB Order regarding preparation for trial; cnsl to meet &
                         confer by 2/16/05; ptms due 3/3/05. cc: USA, FPD

   10 -   1   02/11/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 4/18/05 at 8:30
                         a.m. and FPTC for 4/12/05 at 8:30 a.m. cc: AUSA, FPD, USM, USPO, jury
                         clerk, MJ Roberts

   11 -   1   02/18/05   [Re: DEF 1] PLF 1 Discovery Conference certificate.

   12 -   1   03/10/05   USM Return of svc of lis Pendens on 2/11/05.

   13 -   1   03/29/05   DEF 1 Unopposed motion on shortened time to continue trial w/att aff.

   14 -   1   03/30/05   [Re: DEF 1] RRB Minute Order that trial scheduling conf is set 4/5/05 at
                         8:30 a.m.  cc: USA, FPD, USM, PO

   15 -   1   04/07/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton/April Karper] re
                         Trial Rescheduling Conf (held 4/5/05); trial and FPTC vacated and reset.
                         TBJ set for the week of 6/20/05 in trailing status; FPTC reset to
                         6/14/05 at 8:40 a.m.; excludable delay under 18 USC Sec
                         3161(h)(8)(B)(iv).  cc: USA, FPD, USM, Jury Clerk
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0004--CR (RRB)
                              "USA V MATTHEW C. BAUER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 06/02/05 | DEF 1 Unopposed motion to continue trial. |
| 17 - 1 | 06/03/05 | [Re: DEF 1] RRB Order granting unopposed motion to continue trial (16-1). Trial date setting donference is set for 6/14/05 at 8:40 a.m. cc: AUSA, FPD, USM, USPO, MJ Roberts |
| 18 - 1 | 06/16/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: Trial rescheduling conf (held 6/14/05); TBJ set for 6/20/05 is vacated; TBJ set for 8/29/05 at 8:30 a.m.; FPTC set for 8/23/05 at 9:00 a.m.; crt found excludable delay under 18:3161(h)(8)(B)(iv). cc: USA, FPD, USM, USPO, JC |
| 19 - 1 | 08/15/05 | DEF 1 Notice of Intent to change plea. |
| 20 - 1 | 08/16/05 | [Re: DEF 1] RRB Minute Order COP hearing is set for 8/18/05 at 1:30 p.m. in Courtroom #2. cc: AUSA, FPD, USM, USPO, MJ ROBERTS |
| 22 - 1 | 08/18/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 21 - 1 | 08/19/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: PCOP held 8/18/05; def changed pleas to guilty to Cts 1-2 of Indt; IOS set for 10/4/05 at 1:30 p.m.; TBJ set for 8/29/05 at 8:30 a.m. and FPTC set for 8/23/05 at 9:00 a.m. are vacated. cc: USA, FPD, USM, USPO, Judge Robers, JC |
| 23 - 1 | 09/21/05 | USM Return of svc on writ of HC Ad Prosequendum re: DEF 1 executed on 2/8/05 thru 9/20/05. |
| 24 - 1 | 09/27/05 | [Re: DEF 1] RRB Minute Order the IOS set 10/4/05 is reset for 10/27/05 at 9:00 a.m. in Courtroom #2. cc: AUSA, FPD, USM, USPO |
| 25 - 1 | 09/30/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 26 - 1 | 10/20/05 | DEF 1 Sentencing Memorandum w/att exh. |
| 27 - 1 | 10/27/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re IOS (held 10/27/05); Sentence imposed as stated in the judg; def's oral mot to have case run concur w/A99-0119-CR (JWS) and for time to start in August of 2004 denied w/out prej, def may still fiel a mot; cc: cnsl. |
| 28 - 1 | 10/27/05 | [Re: DEF 1] RRB Preliminary Order of forfeiture as stated. cc: AUSA, FPD, USM, USPO |
| 29 - 1 | 11/02/05 | [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1,2 of the Indictment (1-1). Imprisonment for a term of 60 months w/recommendations. Def is remanded to the custody of the USM. SR 5 years w/standard and special conditions. SA $100.00. cc: AUSA, FPD, USM, USPO, MJ ROBERTS, DEF W/CNSL CY, FINANCE, FLU |
| 30 - 1 | 11/07/05 | DEF 1 motion to amend modify or correct sentence. |
| 31 - 1 | 11/29/05 | [Re: DEF 1] Partial Transcript re: IOS held 10/27/05. |