FILED

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PO_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MATTHEW COLIN BAUER,<br><br>            Defendant. | Case No. A05-0004 CR (RRB)<br><br>**ORDER MODIFYING SENTENCE** |

Before the Court is Defendant's unopposed Motion to Amend, Modify or Correct Sentence (Docket 30), in which Defendant seeks credit in this matter for a 15-month sentence imposed in case A99-0119 CR (JWS) by Judge Sedwick for violation of conditions of supervised release.  The conduct leading to both periods of incarceration was identical.

While the Court notes some merit to Defendant's argument, the Court cannot ignore the fact that Defendant's conduct was both a violation of his conditions of supervised release and a new crime.  The fact that he would commit this new crime while still on supervised release adds to Defendant's culpability and increases the justification for a more serious sentence. Nevertheless, it is

clear that Defendant has suffered greatly for this conduct. The Court will therefore modify the judgment in this matter such that the sentence begins to run on January 19, 2005, the day the Indictment was filed. This gives Defendant credit for just over half the time served in A99-0119 CR (JWS) and appears to be a just resolution of the matter.

**IT IS SO ORDERED.**

ENTERED this 2 day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PD 12-6-05

A05-0004-CR (RRB)
----------------------------------------
S. TATTER (FPD)
J. GOEKE (US-ATTY)
US MARSHAL
US PROBATION
ECR