DEBORAH M. SMITH
Acting United States Attorney

JAMES A. GOEKE
First Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-004-RRB |
| Plaintiff, | ) ) ) | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR** |
| v. | ) ) | **FINAL DECREE OF FORFEITURE** |
| MATTHEW C. BAUER, | ) ) ) | |
| Defendant. | ) ) | |

     I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

     1.     On August 18, 2005, Defendant MATTHEW C. BAUER pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. On October 27, 2005, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named Defendant, forfeiting to the United States the

Defendant's interest in the following property:

> Tract 14, according to the plat of CUSTOM HOUSE SUBDIVISION, filed under Plat Number 85-155, Records of the Kenai Recording District, Third Judicial District, State of Alaska.
>
> EXCEPTING THEREFROM THE SUBSURFACE ESTATE and all rights, privileges, immunities and appurtenances of whatsoever nature accruing unto said estate pursuant to the Alaska Native Claims Settlement Act of 12-18-71 (85 Stat 688, 704; 43 U.S.C. 1601, 1613(f) (1976) as reserved by the United States of America.)

Docket 28.

2.   Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited personal property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.   The United States Marshals Service directed written notice of the Preliminary Order of Forfeiture to the following person known to have alleged an interest in the subject property: Sharon Tackett on November 25, 2005. The United States Marshals Service also sent written notice via Certified U.S. Mail, Return Receipt Requested, to Cara Ronnette Bauer at 604 Davidson Street, Kenai, AK 99611-8933, which was forwarded to her at 814 Spar Ct., Sacramento, CA 95822-2326, but it was ultimately returned to sender as "unclaimed".

4.   The United States Marshals Service published notification of the Court's October 27, 2005 Preliminary Order of Forfeiture in the Peninsula Clarion, a newspaper of general circulation, on November 22, 29, and December 6, 2005. Said published notice

advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in said real property.

5.  No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described property have been filed by any person or entity within the time allowed by law.

6.  Declarant knows of no reason why a Final Decree of Forfeiture should not now be issued declaring said property be forfeited as to all persons. Full right, title and interest in the above-described property shall be and hereby is vested in the United States.

Further, the United States Marshals Service and its property manager and/or its contractor should be directed to dispose of said real property and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of February, 2006 in Anchorage, Alaska.

                                          DEBORAH M. SMITH
                                        Acting United States Attorney

                                        s/James Barkeley
                                        JAMES BARKELEY
                                        Assistant U.S. Attorney
                                        222 W. 7th Avenue, #9, Room 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-3699
                                        Fax: (907) 271-1500
                                        Email: jim.barkeley@usdoj.gov
                                        Alaska Bar No. 8306019