TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
First Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-004-RRB |
| ) | |
| Plaintiff, ) | **FINAL DECREE OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| MATTHEW C. BAUER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 18, 2005, Defendant MATTHEW C. BAUER pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. Upon the Court's acceptance of the Defendant's guilty pleas, the Court found that the Defendant's interest, if any, in the real property described below is property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the violation alleged in Count 1 of the Indictment, to which the Defendant has pled guilty and been convicted, and

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation alleged in Count 1 of the Indictment, to which the Defendant has pled guilty and been convicted, thereby rendering said real property subject to forfeiture under 21 U.S.C. § 853(a)(1) and (a)(2).

AND WHEREAS, on October 27, 2005, this Court entered a Preliminary Order of Forfeiture forfeiting all of the right, title and interest of Defendant MATTHEW C. BAUER in the following real property, listed and described in Criminal Forfeiture Count 2 of the Indictment, pursuant to 21 U.S.C. § 853:

> Tract 14, according to the plat of CUSTOM HOUSE SUBDIVISION, filed under Plat Number 85-155, Records of the Kenai Recording District, Third Judicial District, State of Alaska.
>
> EXCEPTING THEREFROM THE SUBSURFACE ESTATE and all rights, privileges, immunities and appurtenances of whatsoever nature accruing unto said estate pursuant to the Alaska Native Claims Settlement Act of 12-18-71 (85 Stat 688, 704; 43 U.S.C. 1601, 1613(f) (1976) as reserved by the United States of America.)

AND WHEREAS, the United States Marshals Service directed written notice of the Preliminary Order of Forfeiture to the following person known to have alleged an interest in the subject property: Sharon Tackett on November 25, 2005. The United States Marshals Service also sent written notice via Certified U.S. Mail, Return Receipt Requested, to Cara Ronnette Bauer at 604 Davidson Street, Kenai, AK 99611-8933, which was forwarded to her at 814 Spar Ct., Sacramento, CA 95822-2326, but it was ultimately returned to sender as "unclaimed".

AND WHEREAS, on November 22, 29, and December 6, 2005, the United States Marshals Service published, in the Peninsula Clarion, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited property have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the above-described property is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its contractor according to law.

2. That the United States Marshals Service is directed to pay any and all costs associated with the described property and to dispose of it according to law.

3. The Clerk is hereby directed to send a copy of this Order to the United States

Marshals Service.

    SO ORDERED this ___ day of _____, 2006.

_____
HON. RALPH R. BEISTLINE
United States District Judge