Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW COLIN BAUER,<br><br>Defendant. | NO. 3:05-cr-0004-RRB<br><br>**MOTION TO CORRECT SENTENCE** |

The defendant, MATTHEW COLIN BAUER, through counsel, hereby requests this Honorable Court to correct an error in the sentence resulting from oversight or omission.  This motion is based on Federal Rule of Criminal Procedure 36 and the attached memorandum and exhibits.

The defense respectfully requests this court to enter a second amended judgment  reducing Mr. Bauer's sentence by 245 days.

DATED this 20th day of November 2006.

Respectfully submitted,

/s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on November 20, 2006,
a copy of the **Motion to Correct Sentence**
was served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Sue Ellen Tatter