UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW COLIN BAUER,<br><br>    Defendant. | NO. 3:05-cr-0004-RRB<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion to Correct Sentence, the motion is GRANTED. An amended judgment shall be issued reflecting a sentence of to 60 months minus 245 days.

DATED this _____ day of November 2006.

                                            _____
                                            RALPH R. BEISTLINE
                                            U.S. DISTRICT JUDGE