BAUER, Matthew
Register Number: 13872-006
Administrative Remedy ID Number: 429491-F1

This is in response to your Request for Administrative Remedy, received on October 4, 2006. You claim that the institution has failed to follow an order from the Court. As relief, you request to have your sentence recomputed per the court order.

The following facts apply in your case. You were arrested on August 19, 2004, for violation of your four-year Supervised Release term. You received prior custody credit from August 19, 2004, to September 14, 2004, and a 15 month term commenced on September 15, 2004. While serving this term, you were indicted on January 19, 2005, for new criminal behavior. On September 20, 2005, your 15-month term was completed, you were not released but became a pre-trial inmate. On October 27, 2005, you were sentenced to 60 months with prior custody credit applied from September 21, 2005 to October 26, 2005. On December 2, 2005, an amended order was issued directing your 60-month term to commence on the date you were indicted.

The Bureau of Prisons made contact with the Assistant United States Attorney (AUSA) in your case explaining this order was in violation of Title 18 United States Code section 3585(a), (T18 3585(a)) Commencement of Sentence and Bureau of Prisons (BOP) Program Statement 5880.28 Sentence Computation Manual/Old Law/Pre CCCA, on the section concerning sentence commencement. T18 USC 3585(a), Calculation of a term of imprisonment, Commencement of Sentence, establishes the rule for when a sentence commences and states, "A sentence to a term of imprisonment commences on the date the defendant is received in custody awaiting transportation to, or arrives voluntarily to commence service of sentence at, the official detention facility at which the sentence is to be served." BOP Program Statement 5800.28, Sentence Computation - CCCA, pages 1-12 and 1-13 address T18 USC 3585(a), and states in part, "If the prisoner is, however, serving another federal sentence at the time a new sentence is imposed then T18 USC 3584, Multiple Sentences of Imprisonment, must be followed ..." Additionally, page 1-13 emphasizes the following statement, **"In no case can a federal sentence of imprisonment commence earlier than the date on which it is imposed."** (Emphasis in original)

The AUSA, and separately, your Federal Public Defender, requested a letter be written to the Judge in your case explaining the issue the Bureau has with this order. This communication with the Judge will be completed shortly. Until such time your sentence computation will remain unchanged.

BAUER, Matthew
Register Number: 13872-006
Administrative Remedy ID Number: 429491-F1
Page 2

Based on the foregoing, this response is provided for informational purposes only. If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-10) to the Regional Director within twenty (20) days of the date of this response.

_____       _____10-24-06_____
B.G. Compton, Warden                  Date