```
 LOFGU   540*23 *            SENTENCE MONITORING            *    05-31-2006
 PAGE 001        *            COMPUTATION DATA              *    11:37:55
                             AS OF 05-31-2006

REGNO..: 13872-006 NAME: BAUER, MATTHEW C


FBI NO............: 743619KA7           DATE OF BIRTH: 07-23-1969
ARS1..............: LOF/A-DES
UNIT..............: B                    QUARTERS.....: K07-002U
DETAINERS.........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-23-2009

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-28-2010 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION............: ALASKA
DOCKET NUMBER....................: A05-0004-01-CR(RRB)
JUDGE............................: BEISTLINE
DATE SENTENCED/PROBATION IMPOSED: 10-27-2005
DATE COMMITTED...................: 01-03-2006
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  382
OFF/CHG: 21 USC 841(A)(1) AND (B)(1)(B): MANUFACTURE ONE HUNDRED OR
         MORE MARIJUANA PLANTS. (CT 1)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION.............:     5 YEARS
 DATE OF OFFENSE.................: 08-04-2004




G0002          MORE PAGES TO FOLLOW . . .
```

```
   LOFGU   542*22 *          SENTENCE MONITORING          *   05-31-2006
PAGE 001 OF 001 *               GOOD TIME DATA            *   11:38:04
                             AS OF  05-31-2006

REGNO...: 13872-006    NAME: BAUER, MATTHEW C
ARS 1...: LOF A-DES                                    PLRA
COMPUTATION NUMBER..: 030              FUNC..: PRT   ACT DT:
LAST UPDATED: DATE.: 01-12-2006        FACL..: LOF     CALC: AUTOMATIC
UNIT................: B                QUARTERS............: K07-002U
DATE COMP BEGINS....: 10-27-2005       COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 36               TOTAL INOP TIME.....: 0
CURRENT REL DT......: 09-20-2010 MON   EXPIRES FULL TERM DT: 09-20-2010
PROJ SATISFACT DT...: 01-28-2010 THU   PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                  ACTUAL SATISF METHOD:
DAYS REMAINING......:                  FINAL PUBLC LAW DAYS:

--------------------------GOOD CONDUCT TIME AMOUNTS--------------------------

    START        STOP       MAX POSSIBLE TO    ACTUAL TOTALS    VESTED      VESTED
    DATE         DATE       DIS    FFT         DIS    FFT       AMOUNT      DATE
  09-21-2005  09-20-2006     54
  09-21-2006  09-20-2007     54
  09-21-2007  09-20-2008     54
  09-21-2008  09-20-2009     54
  09-21-2009  01-28-2010     19

       TOTAL EARNED AMOUNT.........................................:         0
       TOTAL EARNED AND PROJECTED AMOUNT...........................:       235




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   LOFGU   540*23 *          SENTENCE MONITORING           *    05-31-2006
PAGE 002 OF 002 *             COMPUTATION DATA             *    11:37:55
                              AS OF 05-31-2006

REGNO..: 13872-006 NAME: BAUER, MATTHEW C


------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 01-12-2006 AT LOF AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 10-27-2005
TOTAL TERM IN EFFECT............:     60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 08-04-2004

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     09-21-2005   10-26-2005

TOTAL PRIOR CREDIT TIME.........: 36
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 235
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-28-2010
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-20-2010


PROJECTED SATISFACTION DATE.....: 01-28-2010
PROJECTED SATISFACTION METHOD...: GCT REL




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```