UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:05-cr-0004-RRB |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| vs. | |
| MATTHEW COLIN BAUER, | |
| Defendant. | |

After due consideration of the defendant's Motion to Correct Sentence, the

motion is GRANTED.  An amended judgment shall be issued reflecting a sentence of  to

60 months minus 245 days.

DATED this _6_ day of ~~November~~ December 2006.

\s\ R 2

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE